IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:21-CR-00031-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL R. GUZMAN, ) | |
| Defendant. ) | |

**UPON CONSIDERATION** of the United States of America's Motion for Turnover of Funds held by the United States Marshals Service, (Doc. No. 45), be applied to the restitution in this case, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHERED ORDERED** that the United States Marshals Service remit funds in its possession in the amount of $111.80, reference number 21-FBI-011490, to the Clerk of Court, United States District Court for the Western District of North Carolina, located at 401 West Trade Street, Charlotte, NC 28202, to apply the funds to the restitution as ordered in the judgment.

**SO ORDERED**

Signed: August 21, 2023

Kenneth D. Bell
United States District Judge

1